IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr20-FDW-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | WRIT OF ENTRY |
| ) | |
| (1) PEDRO OSCAR DIEGUEZ ) | |

The United States having filed a Superseding Bill of Indictment with a notice of forfeiture of real property located at 7614 Indian Trail Fairview Road, Indian Trail, North Carolina, but not having requested authority to seize the Defendant real property at this time; and

The United States having requested that the Court issue a Writ of Entry as provided in 18 U.S.C. § 985(b)(2) and 18 U.S.C. § 983(j), as made applicable in criminal cases by 18 U.S.C. § 982(b)(1) and 21 U.S.C § 853(j) and § 881(d), authorizing it to enter the Defendant real property, including any structures, for the purpose of conducting an inspection and inventory of the Defendant real property and, as provided in 19 U.S.C. § 1606, to assess the security of the property and to conduct an appraisal, and further to take certain interim measures to protect the property if the property is unoccupied and such measures appear necessary;

IT IS THEREFORE ORDERED that the Drug Enforcement Agency, or its designee, is hereby authorized

1. to enter the Defendant's real property, including any structures, on one or more occasions during the pendency of this criminal forfeiture action against the Defendant, for the purpose of conducting an inspection and inventory and appraisal of the real property, and

2. to be accompanied on any such occasion by any appraiser(s) selected by it for the

purpose of appraising the condition and value of the Defendant real property pursuant to 19 U.S.C. § 1606, which appraisal may include, among other means, still and video photography, and

3. to be accompanied on any such occasion by any government and contract personnel selected by it for the purpose of conducting an inspection and inventory of the real property, which inspection and inventory may include, among other means, still and video photography, and

4. to be accompanied on any such occasion by any federal, state, and local law enforcement officers selected by it to ensure the safety of personnel acting under this Writ of Entry.

Any interference with anyone acting under the authority of this Writ of Entry shall be deemed a violation of a Court order and may be punished as a contempt, as a violation of 18 U.S.C. § 2232 or otherwise as provided by law.

**SO ORDERED**.

Signed: April 19, 2013

David S. Cayer
United States Magistrate Judge