# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL DOCKET NO. 3:13-CR-20-FDW-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **PEDRO OSCAR DIEGUEZ,** ) | |
| ) | |
| **Defendant.** ) | |

**THIS MATTER** is before the Court on the Defendant's "Motion To Authorize Payment on Service of Subpoenas" (document # 96) filed on December 17, 2013. For the reasons set forth therein, the Motion will be granted.

**IT IS HEREBY ORDERED** that the subpoenas attached to Defendant's Motion (document #96) be issued, and that the process costs and witness fees for these witnesses shall be paid as if subpoenaed on behalf of the Government, the Court being satisfied that Defendant is financially unable to pay the fees and expenses of these witnesses, and that the presence of these witnesses is necessary for an adequate defense. The subpoenas shall be issued to :

Ms. Joan Baron
7614 Sims Road
Waxhaw, North Carolina 28173

Mr. Justin Callis
815 Wind Carved Lane
Monroe, North Carolina 28110

Ms. Mary Cullingford
210 Byswick Place

Charlotte, North Carolina 28270

Mrs. Stacy Gamble
14221 Honeysuckle Ridge Drive
Matthews, North Carolina 28105

Mr. Gary Gamble
14221 Honeysuckle Ridge Drive
Matthews, North Carolina 28105

Mr. Ben Hern
3903 Griffith Road
Monroe, North Carolina 28112

Mr. Ernie Kraft
Consolidated Business Services
8514 McAlpine Park Drive, Suite 255
Charlotte, North Carolina 28211

Mr. Monty Wenk
5761 Reserve Point Lane
Roanoke, Virginia 24018

Mr. Steve England
1801 Roseland Road
Arrington, Virginia 22922

Mr. Daniel Collinson
District Manager of BB&T
105 Avery Avenue
Morganton, North Carolina 28655

    **SO ORDERED**.

Signed: December 23, 2013

David S. Cayer
United States Magistrate Judge