UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO. 3:13cr20-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | PRELIMINARY ORDER |
| v. | ) | OF FORFEITURE |
| | ) | |
| (1) PEDRO OSCAR DIEGUEZ, | ) | |

In the Superseding Bill of Indictment in this case, the United States sought forfeiture of property of the defendant as property that was used or intended to be used to facilitate the crime(s) charged, which would be subject to forfeiture under 18 U.S.C. § 924(d), 21 U.S.C. §853, and/or 28 U.S.C. § 2461(c).

Defendant was convicted at trial by the jury on Counts One and Two in the Superseding Bill of Indictment and was adjudged guilty of the offenses charged in those counts. Based on evidence already in the record, including the defendant's convictions and statement in open court, through counsel, the Government has established the requisite nexus between the property and such offenses.

It is therefore ORDERED:

1. Based upon defendant's conviction, the United States is authorized to seize the following property belonging to defendant, and it is hereby forfeited to the United States for disposition according to law, provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein:

**One 2008 Mercedes Benz CLS550, VIN# WDDDJ72X58A126755;**

**One Hi-Point JHP45 .45 caliber pistol, serial number X457816 and ammunition;**

**One Ruger Single Six, .22 caliber revolver, serial number 268-36702 and**

ammunition;

One Winchester 94 30-30 rifle, serial number 2219095 and ammunition;

One Remington Arms Company, Inc. 510 .22 caliber rifle, serial number 34091 and ammunition; and

$1,890.08 in United States currency in lieu of 1064 Van Buren Avenue, Suite 5, Indian Trail, North Carolina.

2. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish notice of this order; notice of its intent to dispose of the property in such manner as the Attorney General may direct; and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties and any additional facts supporting the petitioner's claim and the relief sought. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in property that is the subject of this Order of Forfeiture, as a substitute for published notice as to those persons so notified.

3. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

Signed: February 24, 2014

Frank D. Whitney
Chief United States District Judge