UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-cr-00020-FDW

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | FINAL ORDER AND JUDGMENT |
| (1) PEDRO OSCAR DIEGUEZ | ) | CONFIRMING FORFEITURE |
| Defendant. | ) | |

On February 25, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853 and Fed. R. Crim. P. 32(d)(2), based upon Defendant's conviction on Counts One and Two in the Superseding Bill of Indictment and evidence already on record.

On June 27, 2014 through July 26, 2014, the United States published via www.forfeiture.gov, notice of this forfeiture and of the intent of the government to dispose of the forfeited property according to law, and further notifying all third parties of their right to petition the Court within sixty days from June 27, 2014 for a hearing to adjudicate the validity of any alleged legal interest in the property. In addition, direct notice was sent to each person who reasonably appeared to be a potential claimant with standing to contest the forfeiture, including BB&T as lienholder regarding the vehicle listed below. It appears from the record that only one such petition has been filed. That petition was substantially granted in accordance with the government's recommendation, and one firearm was returned to a third party. (Doc. No. 147). Consequently, in accordance with Rule 32.2(c)(2), the Court now confirms the Preliminary Order, with the amendment proposed herein, as the Final Order and Judgment of Forfeiture. All

right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**One 2008 Mercedes Benz CLS550, VIN# WDDDJ72X58A126755;**

**One Ruger Single Six, .22 caliber revolver, serial number 268-36702 and ammunition;**

**One Winchester 94 30-30 rifle, serial number 2219095 and ammunition;**

**One Remington Arms Company, Inc. 510 .22 caliber rifle, serial number 34091 and ammunition; and**

**$1,890.08 in United States currency in lieu of 1064 Van Buren Avenue, Suite 5, Indian Trail, North Carolina.**

Signed: October 27, 2014

Frank D. Whitney
Chief United States District Judge