IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. DNCW313CR00020-001 |
| PEDRO OSCAR DIEGUEZ. ) | (Financial Litigation Unit) |

O R D E R

A Motion having been duly brought before this Court by the United States of America for an order to amend the Writ of Execution entered on July 5, 2017 (Docket No. 196) and correct the entity name and address in said Writ, and the Court having considered the same, the Court finds that the Writ of Execution shall be amended in this matter.

It is therefore ORDERED, ADJUDGED and DECREED that the Writ of Execution entered on July 5, 2017 (Docket No. 196) is hereby amended to reflect the correct entity name and address of Northfield Holdings, LLC, c/o Prairie Capital, 191 North Wacker Drive, Suite 800, Chicago, Illinois, 60606.

SO ORDERED.

Signed: July 10, 2017

David S. Cayer
United States Magistrate Judge